# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Oscar Manuel Sanchez-Sanchez**<br>YOB: 1961; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00402MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a), (b)(2) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about August 1, 2022, at or near Nogales, in the District of Arizona, **Oscar Manuel Sanchez-Sanchez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California, on October 28, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

<u>Count 2</u>: On or about August 1, 2022, at or near Nogales, in District of Arizona, **Oscar Manuel Sanchez-Sanchez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Oscar Manuel Sanchez-Sanchez** is a citizen of Mexico. On October 28, 2015, **Oscar Manuel Sanchez-Sanchez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On August 1, 2022, agents found **Oscar Manuel Sanchez-Sanchez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Oscar Manuel Sanchez-Sanchez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Oscar Manuel Sanchez-Sanchez** admitted to illegally entering the United States of America from Mexico on or about August 1, 2022, at or near Nogales, Arizona, at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>ALD/AJC     CJM<br>AUTHORIZED AUSA /s/Ann DeMarais | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Eric J. Markovich* | DATE<br>August 2, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54